IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNA PENG,

    Petitioner,

v.

ALBERTO GONZALES, et al.

    Respondents.
_____/

No. C 06-07873 JSW

**ORDER TO SHOW CAUSE**

    Petitioner Joanna Peng has filed a complaint seeking a writ of mandamus under 28 U.S.C. § 1361.  The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted.  Respondents shall file responsive papers to the complaint by January 26, 2007.  Petitioner may file a reply by February 9, 2007.

    IT IS FURTHER ORDERED that a hearing on the petition will be conducted on February 23, 2007 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: January 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE