United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PENG,<br><br>    Plaintiff(s),<br><br>  v.<br><br>EMILIO T. GONZALEZ, ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C 06-07872 JCS<br>(Lead Case)<br><br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |
| JOANNA PENG,<br><br>    Plaintiff(s),<br><br>  v.<br><br>EMILIO T. GONZALEZ, ET AL.,<br><br>    Defendant(s).<br>_____/ | Related Case No. C06-7873 JCS |
| JOY PENG,<br><br>    Plaintiff(s),<br><br>  v.<br><br>EMILIO T. GONZALEZ, ET AL.,<br><br>    Defendant(s).<br>_____/ | Related Case No. C06-7874 JCS |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **May 18, 2007, at 1:30 p.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of case management statements, no additional case management statements need be filed.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a <u>chambers</u> copy.

Dated: April 17, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2