```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA PENG, JOY PENG, and JOANNA PENG, <br><br> Plaintiffs <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; and DAVID N. STILL, District Director, San Francisco District Office, U.S. Citizenship and Immigration Services, <br><br> Defendants. | No.  C 06-7872 JCS <br><br> Related to: <br><br> C 06-7873 JCS <br> C 06-7874 JCS <br><br> **STIPULATION TO DISMISS; AND** **[PROPOSED]** **ORDER** |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of actions C 06-7873, *Joanna Peng v. Gonzalez*, and C 06-7874, *Joy Peng v. Gonzalez*, in light of the adjudication of those Plaintiffs' adjustment of status applications (Forms I-485).  The parties will either cross-move for summary judgment in C 06-7872, *Jessica Peng v. Gonzalez*, or take other appropriate action by May 11, 2007.

   Each of the parties shall bear their own costs and fees in C 06-7873 and C 06-7874.

///

Stipulation to Dismiss
C06-7872, C06-7873, C06-7874 JCS               1

| | |
|---|---|
| Date: May 4, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: May 4, 2007 | /s/<br>DAVID S. SUN<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 8, 2007

JOSEPH C. SPERO
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

Stipulation to Dismiss
C06-7872, C06-7873, C06-7874 JCS        2